**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS FREEMAN, Executor** | : | **CIVIL ACTION** |
| **Estate of Robert Wooler** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 10-7511** |

## ORDER

**AND NOW**, this 30th day of January, 2012, after a non-jury trial, it is **ORDERED** that Judgment is entered in favor of the defendant United States of America and against the plaintiff Thomas Freeman, Executor of the Estate of Robert Wooler.

                                                  /s/Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.